IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>           Plaintiff, <br><br>   vs. <br><br> MELISSA DANIEL WOOD, <br><br>           Defendant. | Case No.: 11-cv-01160 PJH (JSC) <br><br> **ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Plaintiff's Motion for Default Judgment has been referred to the undersigned Judge for a Report and Recommendation. Defendant's response to the motion shall be filed by October 18, 2011 and Plaintiff's reply, if any, shall be filed by October 25, 2011. The hearing on Plaintiff's Motion for Default Judgment is scheduled for November 17, 2011 at 9:00 a.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff shall serve Defendant with a copy of this order.

**IT IS SO ORDERED.**

Dated: October 4, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE