UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

MELISSA DANIEL WOOD, et al.,

    Defendant(s).

No. C 11-1160 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Corley's Report and Recommendation Re: Plaintiff's Motion for Default Judgment. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff is awarded $2,000.00 in statutory damages and $5,000.00 in enhanced damages pursuant to 47 U.S.C. § 553; and $2,000.00 in damages for plaintiff's conversion claim. The court declines to award damages pursuant to 47 U.S.C. § 605.

Plaintiff's request for attorneys' fees and costs is DENIED without prejudice to renewal of plaintiff's request upon submission of the necessary supporting documentation.

**IT IS SO ORDERED**.

Dated: January 6, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge