UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.

    Plaintiff,                                 No. C 11-1160 PJH

    v.                                       **JUDGMENT**

MELISSA DANIEL WOOD, et al.,

    Defendants.

_____/

The court having granted plaintiffs' motion for default judgment,

It is Ordered and Adjudged

that plaintiff J&J Sports Productions, Inc., recover from defendant Melissa Daniel Wood, individually, and d.b.a. The Windmill Restaurant, the sum of $2,000.00 in statutory damages and $5,000.00 in enhanced damages pursuant to 47 U.S.C. § 553; and $2,000.00 in conversion damages, as set forth in the Report and Recommendation.

**IT IS SO ORDERED**.

Dated: January 6, 2012

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge